William E. Peterson (Nevada SBN 1528)
SNELL & WILMER
50 W. Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
wpeterson@swlaw.com

Terrence J. Truax (pro hac vice pending)
Peter H. Hanna (pro hac vice pending)
Michael G. Babbitt (pro hac vice pending)
JENNER & BLOCK LLP
353 North Clark
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
ttruax@jenner.com
mbabbitt@jenner.com
phanna@jenner.com

Attorneys for American Power Conversion
Corporation, Inc. (a Massachusetts corporation),
and Schneider Electric IT Corporation, (a
Massachusetts corporation)

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SERVER TECHNOLOGY, INC. (a Nevada corporation),<br><br>        Plaintiff,<br><br>        vs.<br><br>AMERICAN POWER CONVERSION CORPORATION, a Massachusetts corporation, and SCHNEIDER ELECTRIC IT CORPORATION, a Massachusetts corporation,<br><br>        Defendants. | Case No.: 3:15-CV-00329-MMD-WGC<br><br>**UNOPPOSED MOTION TO RESCHEDULE THE DATE FOR DEFENDANTS TO ANSWER THE COMPLAINT** |

Defendants American Power Conversion Corporation and Schneider Electric IT Corporation (collectively and together, "Defendants") respectfully move this Court to extend the date for Defendants to answer the Complaint by 30 days to August 19, 2015. Defendants are authorized to represent that Plaintiff Server Technology, Inc. ("STI") agrees to this extension. A Proposed Order is attached as Exhibit A.

In support of this motion, Defendants state as follows:

1. On June 22, 2015, STI filed the Complaint in this case against Defendants. A summons was issued as to American Power Conversion Corporation on June 23, 2015 and returned on July 9, 2015. A summons was issued as to Schneider Electric IT Corporation on June 24, 2015 and returned on July 9, 2015. The date for Defendants to answer the Complaint is originally set for July 20, 2015.

2. The parties subsequently met and conferred regarding the case schedule. Thereafter, counsel for STI agreed to a 30-day extension of time for Defendants to answer or otherwise plead in response to the Complaint.

3. Accordingly, the parties are in agreement that Defendants should have until and including August 19, 2015 to answer or otherwise plead in response to the Complaint. August 19, 2015 is thirty (30) days from July 20, 2015, the date on which Defendants' answer was originally due in this case.

4. This is the first request for an extension of time with respect to STI's Complaint.

5. A Proposed Order granting this 30-day extension is attached hereto as Exhibit A.

For those reasons, Defendants respectfully request that the Court enter the Proposed Order, rescheduling the date for Defendants to answer or otherwise plead in response to the Complaint to August 19, 2015.

*(signatures on following page)*

DATED: July 20, 2015                                  Respectfully Submitted,

*/s/ William E. Peterson*
William E. Peterson (Nevada SBN 1528)
SNELL & WILMER
50 W. Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: (775) 785-5440
Fax: (775) 785-5441
wpeterson@swlaw.com


Terrence J. Truax (pro hac vice pending)
Peter H. Hanna (pro hac vice pending)
Michael G. Babbitt (pro hac vice pending)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2738
Fax: (312) 840-7738
ttruax@jenner.com
phanna@jenner.com
mbabbitt@jenner.com

***Attorneys for Defendants American Power Conversion Corporation and Schneider Electric IT Corporation***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed on July 20, 2015 with the Clerk of the Court by using the CM/ECF system which will send a notice of filing to all counsel of record.

/s/ Peter Hanna

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SERVER TECHNOLOGY, INC. (a Nevada corporation),

    Plaintiff,

vs.

AMERICAN POWER CONVERSION CORPORATION, a Massachusetts corporation, and SCHNEIDER ELECTRIC IT CORPORATION, a Massachusetts corporation,

    Defendants.

Case No.: 3:15-CV-00329-MMD-WGC

### ~~[PROPOSED]~~ ORDER OF THE COURT

Upon review of the Unopposed Motion to Reschedule The Date For Defendants to Answer the Complaint (the "Motion"), the Court hereby GRANTS the Motion, and orders that the date for Defendants to answer the Complaint is rescheduled to August 19, 2015.

IT IS SO ORDERED.

Dated: August 4, 2015

_____
MIRANDA M. DU
U.S. DISTRICT JUDGE