1  William E. Peterson (Nevada SBN 1528)
   SNELL &WILMER
2  50 West Liberty Street, Suite 510
   Reno, Nevada 89501
3  (775) 785-5440
4  wpeterson@swlaw.com

5  Terrence J. Truax
   Michael G. Babbitt
6  Jenner & Block
   353 North Clark Street
7  Chicago, Illinois 60654
   (312) 222-9350
8  ttruax@jenner.com
   mbabbitt@jenner.com
9

10 Adam G. Unikowsky
   Jenner & Block
11 1099 New York Avenue, N.W., Suite 900
   Washington, DC 20001
12 (202) 639-6000
   aunikowsky@jenner.com
13

14 Attorneys for Defendants American Power
   Conversion Corporation and Schneider Electric IT
15 Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SERVER TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN POWER CONVERSION CORPORATION, a Massachusetts corporation and SCHNEIDER ELECTRIC IT CORPORATION, a Massachusetts corporation, <br><br> Defendants. | Case No. 3:15-CV-00329-LRH-WGC <br><br> **ORDER GRANTING MOTION TO WITHDRAW PETER H. HANNA AS COUNSEL FOR DEFENDANTS AMERICAN POWER CONVERSION CORPORATION AND SCHNEIDER ELECTRIC IT CORPORATION** |

Jenner & Block, who appears on behalf of American Power Conversion Corp. and Schneider Electric IT Corporation ("APC") as counsel in the above captioned case, hereby respectfully moves this Court, pursuant to Local Rule 10.6(b), for leave to withdraw Peter H. Hanna from representation of APC in this lawsuit.

Mr. Hanna has left the employ of Jenner & Block. APC is not harmed in any way by this withdrawal, as attorneys Terrence J. Truax, Adam G. Unikowsky, and Michael G. Babbitt who are attorneys at Jenner & Block, and local counsel William E. Peterson of Snell & Wilmer, continue to represent APC.

WHEREFORE, Jenner & Block respectfully requests that the Court grant its motion for leave to withdraw Peter H. Hanna from representation of Defendant APC.

DATED: December 13, 2017

Respectfully submitted,

*/s/ Terrence J. Truax*
Terrence J. Truax
Adam G. Unikowsky
Michael G. Babbitt
Jenner & Block

William E. Peterson (Nevada SBN 1528)
Snell & Wilmer

Attorneys for Defendants American Power Conversion Corporation and Schneider Electric IT Corporation

**IT IS SO ORDERED.**

DATED: December 14, 2017.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE