## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SERVER TECHNOLOGY, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN POWER CONVERSION CORPORATION, a Massachusetts corporation, and SCHNEIDER ELECTRIC IT CORPORATION, a Massachusetts corporation,<br><br>Defendants. | Case No. 3:15-cv-00329-LRH-WGC<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>AND **ORDER** THEREON |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Server Technology, Inc. and Defendants American Power Conversion Corporation and Schneider Electric IT Corporation jointly request that the Court dismiss this action, in its entirety, with prejudice, with each party to bear its own attorneys' fees, costs, and expenses. A proposed Order is attached.

Dated: May 16, 2018

Respectfully submitted,

/s/ Timothy P. Getzoff
Timothy P. Getzoff
James E. Hartley
Matthew B. Hippler (Nevada SBN 7015)
HOLLAND & HART LLP

Michael R. Henson
PERKINS & COIE LLP

Attorneys for Plaintiff
SERVER TECHNOLOGY, INC.

/s/ Michael G. Babbitt
Terrence J. Truax
Michael G. Babbitt
JENNER & BLOCK

William E. Peterson (Nevada SBN 1528)
SNELL & WILMER

Attorneys for Defendants
AMERICAN POWER CONVERSION
CORPORATION AND SCHNEIDER ELECTRIC
CORPORATION

SEE NEXT PAGE FOR ORDER

## ORDER OF THE COURT

IT IS ORDERED that the Joint Motion is Granted, and this Action is dismissed with prejudice, each party to pay its own attorneys' fees and costs.

DATED this 16th day of May, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2